## HOLLAND TEXAS HYPOTHEEK BANK OF PORT ARTHUR v. PAYNE. (No. 1706.)

Court of Civil Appeals of Texas. Beaumont. May 31, 1928.

Appeal and error ⬤⟞5—Judgment overruling plea of privilege to be sued in county of residence cannot be appealed from by writ of error (Rev. St. 1925, art. 2008).

Right of appeal from judgment overruling plea of privilege to be sued in county of residence, under Rev. St. 1925, art. 2008, does not include right to appeal by writ of error.

Error from District Court, Jefferson County; Geo. C. O'Brien, Judge.

Action by the Holland Texas Hypotheek Bank of Port Arthur against James D. Payne and others. From a judgment sustaining plea of privilege of defendant named to be sued in county of his residence, plaintiff brings error. Writ of error dismissed.

King & Jackson and E. L. Nall, all of Beaumont, for plaintiff in error.

John H. Broocks and E. W. Easterling, both of Beaumont, for defendant in error.

WALKER J. This is an appeal by writ of error from a judgment of the district court of Jefferson county sustaining the plea of privilege of James D. Payne, defendant in error, to be sued in San Augustine county, the county of his residence. We have no jurisdiction herein, since "the right of appeal from a judgment overruling a plea of privilege accorded under article 2008, Revised Statutes 1925, does not include the right to appeal by writ of error. Western Electric Co. v. Wilson (Tex. Com. App.) 299 S. W. 868." Higgin-

botham, etc., v. Hancock (Tex. Civ. App.) 4 S.W.(2d) 583. The proceeding herein by writ of error will therefore be dismissed from our docket, and it is accordingly so ordered.

Dismissed.